BURT S. HAFT, Appellant, v. LOUISE H. HAFT, Respondent.— The judgment is inconsistent and imperfect in purporting to be a final judgment for permanent alimony and providing for a reference to determine the amount of alimony. The judgment should either have concluded with the award without any reference, or there should have been no final judgment, but only an interim order of reference. It is not clear that a reference is necessary or that the court thought a reference was necessary. The judgment appealed from is unanimously vacated and the matter remitted to Special Term to take such further proof as the court may deem required or to direct a reference for such purpose and to enter judgment when the taking of proof is complete and a final award is made. Any reference, if required, should be to an Official Referee. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ.

HARRY B. SPRING, Respondent, v. HOWARD F. MONCRIEFF, Defendant, and SWAN-FINCH OIL CORPORATION, Appellant.— In the exercise of discretion the broad and all-encompassing subpœna duces tecum should at this time be vacated (*Matter of Sun-Ray Cloak Co.*, 256 App. Div. 620; *Carlisle* v. *Bennett*, 268 N. Y. 212, 217). Upon the hearing of the motion the proper disposition thereof may require the issuance of another subpœna duces tecum calling for the production of all or some of the many papers demanded pursuant to the subpœna under attack. Orderly and feasible procedure, however, would indicate that the propriety and necessity of issuing such a subpœna duces tecum should rest in the first instance in the sound discretion of the justice hearing the motion; and that he also should fix the scope of the subpœna. Order unanimously reversed, with $20 costs and disbursements to appellant, and the motion granted. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

JOSEPH NASTASI, Appellant, v. S. DONALD MOORE, Respondent.— Judgment and order unanimously reversed, with costs to the appellant and the motion denied. The record presents triable issues of fact and summary judgment dismissing the complaint should not have been granted. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.